UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THEA SULLIVAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:04-cv-02407-RBP-HGD |
| ) | |
| AMERICAN FAMILY CARE, INC., ) | |
| ) | |
| Defendant ) | |

**DISMISSAL ORDER**

On March 15, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Renewed Motion to Dismiss for Want of Prosecution filed by defendant is due to be and hereby is GRANTED, and this action DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 19th day of April, 2005.

          /s/ Robert B. Propst
          **ROBERT B. PROPST**
      **SENIOR UNITED STATES DISTRICT JUDGE**